

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00571-CV

**THE CITY OF HELOTES**, Tom Schoolcraft, Rick Schroder, and Ernest Cruz,
Appellants

v.

**CONTINENTAL HOMES OF TEXAS, LP**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18405
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Jason Pulliam, Justice

The panel has considered the appellant's motion to abate, and the motion is DENIED.

It is so ORDERED on May 11, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court